UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VRINGO INC. and VRINGO
INFRASTRUCTURE, INC.,

                          Plaintiffs,                          14 Civ. 4988 (LAK)

          -against-

ZTE CORPORATION and ZTE USA INC.,

                          Defendants.
-------------------------------------------------------------X
ZTE CORPORATION,

                          Plaintiff,

          -against-                                            15 Civ. 0986 (LAK)

VRINGO INC. and VRINGO
INFRASTRUCTURE, INC.,

                          Defendants.
-------------------------------------------------------------X

## DECLARATION OF WENDY L. WYSONG

I, Wendy L. Wysong, hereby declare as follows:

1.      I am a member of the firm Clifford Chance US LLP ("Clifford Chance") and serve as outside counsel for ZTE Corporation and ZTE USA, Inc. (collectively, "ZTE"). Before joining Clifford Chance in 2007, I served as the Deputy Assistant Secretary for Export Enforcement, Bureau of Industry & Security, Department of Commerce and before that was an Assistant United States Attorney in the District of Columbia. Unless otherwise indicated, I have personal knowledge of the facts set forth herein.

2.      It is a matter of public record that ZTE is under investigation by United States civil and criminal authorities for alleged export control violations. Specifically, the government

- 1-

is investigating possible unauthorized exports of US-origin equipment to embargoed countries. The existence of this investigation has been reported in the press. Attached hereto as Exhibits A and B are true and correct copies of news articles published by Reuters in 2012 describing the investigation.

3.     Press reports indicate that both the Federal Bureau of Investigation and the Department of Commerce are involved in the investigation. In connection with the investigation, several ZTE executives and employees have been subject to temporary detention at the time of entry into the United States. They have been searched and items seized from them. We have no way of knowing, at this time, whether there may be sealed indictments or arrest warrants outstanding for certain individuals in the case.

4.     An affidavit sworn by an FBI Special Agent names the company and several individuals who were allegedly involved in the conduct that is the subject of this investigation. They are facing a substantial risk of detention or possible arrest if they attempt to enter the United States. I believe that Guo Xiaoming would almost certainly be questioned, subjected to a border search, served with a grand jury subpoena to appear, or worse, be detained in connection with the investigation.

5.     I am not at liberty to provide further details concerning the investigation in a publicly-filed document, but would be willing to provide additional information to the Court at a closed hearing or in a filing under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Wendy Wysong ma*

Wendy L. Wysong

Executed in Hong Kong on August 5, 2015.

- 2-